1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DWIGHT ROLLS,<br><br>          Petitioner,<br><br>     vs.<br><br>M.C. KRAMER,<br><br>          Respondent. | Case No. SACV 09-228-CJC (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///

///

1       IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

2   this Order, the Magistrate Judge's Report and Recommendation, and the

3   Judgment herein by the United States mail on petitioner.

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED: _June 26, 2009_

7

8                                           CORMAC J. CARNEY

9                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28