# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DWIGHT ROLLS,<br><br>                    Petitioner,<br><br>     vs.<br><br>M.C. KRAMER, Warden,<br><br>                    Respondent. | Case No. SACV 09-228-CJC (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: _June 26, 2009_

_____

CORMAC J. CARNEY
United States District Judge